IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA OSTELLA, et al., : | |
| : | |
| Plaintiffs, : | CIVIL ACTION |
| : | No. 2:12-cv-07002 |
| vs. : | |
| : | |
| IRBSEARCH, LLC, : | |
| : | |
| Defendant : | |

## DEFENDANT'S OBJECTION TO SUBPOENA OF NON-PARTIES TODD SANKEY, NIEL SANKEY AND ORLY TAITZ

Defendant, IRBSEARCH, LLC (hereinafter "IRB"), by and through undersigned counsel and, pursuant to Fed. R. Civ. Pr Rules 26(f) and 29(b), respectfully submits this Objection to Subpoena of Non-Parties Todd Sankey, Niel Sankey, and Orly Taitz and states as follows:

1. On November 15, 2013, Plaintiff and Defendant filed a Proposed Discovery Plan Pursuant to Fed. R. Civ. Pr Rule 26(f). Dkt. No. 61. The Proposed Discovery Plan was confirmed by this Court on November 18, 2013. Dkt. No. 62. The Discovery Plan states that the fact discovery deadline shall not extend past April 14, 2014. Dkt. No. 61. Said Discovery Plan also provides that all depositions are "to be completed by April 14, 2014." *Id.* Thus, the period for fact discovery and taking depositions ended on April 14, 2014.

2. On April 24, 2014, Plaintiff sent notice to Defendant that Plaintiff intended to take the depositions of Todd Sankey, Niel Sankey, and Orly Taitz, on May 21, May 22, and May 23, 2014 respectively. Plaintiffs cannot take the depositions of the aforementioned parties as the time period for taking depositions is closed.

3.      Counsel for parties have not entered into any stipulation pursuant to Rule 29(b) extending the time period for which depositions may be taken, notwithstanding the fact that any stipulation that would affect the time set for completing discovery requires court approval pursuant to Rule 29(b), which has not occurred. The undersigned counsel would oppose any such extension.

4.      IRB hereby objects to these depositions as outside of the time allotted for fact discovery and requests that said depositions not be acknowledged in this matter.

RESPECTFULLY SUBMITTED this 13th day of May 2014.

BROAD AND CASSEL

By: /s/ Rainer
FRANK P. RAINER (Fla Bar No. 436518)
SunTrust Bank Bldg.
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
frainer@broadandcassel.com
Tel: 850.681.6810
Fax: 850.681.9792
*Attorney for* IRBSearch, LLC


BRIAN T. FEENEY, Esq.
feeneyb@gtlaw.com
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: 215-988-7812
*Attorney for* IRBSearch, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of May, 2014, a true and correct copy of the foregoing has been delivered electronically to:

Mark A. Marino
Email: nmarino@marino-law.com
Mark A. Marino PC
380 Lexington Ave, 17th Floor
New York, NY 10168
Phone: 212-748-9552
*Counsel for Lisa Ostella, et al.*

Philip Jay Berg
Email: philjberg@gmail.com
555 Andora Glen Court
Suite 12
Lafayette Hill, PA 19444
Phone: 610-825-3134
Fax: 610-834-7659
*Counsel for Lisa Ostella et al.*

Anna M. Durbin
Email: anna.durbin@verizon.net
Law Offices of Anna M. Durbin
50 Rittenhouse Place
Ardmore, PA 19003
Phone: 610-649-8200
Fax: 610-649-8362
*Counsel for Lisa Ostella, Brent Liberi, and Frank M. Ostella*

FRANK RAINER, ESQ.